IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re | Case No. 17-80321 |
| David L. Geerts and Julie A. Norman-Geerts, | Chapter 11 |
| | Hon. Thomas M. Lynch |
| Debtors. | |

## STIPULATION REGARDING DEBTORS' THIRD AND FINAL REPORT OF AUCTION SALE OF EQUIPMENT

Pursuant to that Order Authorizing Employment of Auctioneer and Sale of Equipment by Public Auction entered on August 11, 2017, on December 4, 2017 the Debtors filed their Third and Final Report of Auction Sale of Equipment (the "Third Report") which identified the auction results for certain identified pieces of equipment and, for each item of equipment, the party(ies) that would receive the net sale proceeds. Among the items listed was a 2012 John Deere 1770NT CCS (the "Equipment") which was sold for $50,491.88 (net of auctioneer's commission). The Third Report proposed to pay $42,714.19 of the Equipment proceeds to John Deere Financial ("Deere") and the balance to Community State Bank of Rock Falls ("CSB"). Deere has advised the Debtors and CSB that it will object to the Third Report because, in the amount it proposes to pay to Deere, the Third Report fails to include all interest, late charges, and costs of collection incurred by Deere with respect to the Equipment. The Debtors, Deere, and CSB, having conferred in good faith to resolve the objection of Deere, hereby Stipulate and Agree as follows:

1

1.     Notwithstanding what appears in the Third Report, $49,491.88 of the net proceeds from the sale of the Equipment shall be paid to Deere and the balance ($1,000.00) shall be paid to CSB.

2.     This Stipulation is without prejudice to any unsecured deficiency claims that may be asserted by Deere and CSB, and to the Debtors' right to review and object to such claims.

DATED:  December 8, 2017

Agreed:

| | |
|---|---|
| *s/ Jocelyn L. Koch* | /s/ *Mary A. Corrigan* |
| Counsel to the Debtors | Counsel to John Deere Financial |
| HolmstromKennedy PC | Mary A. Corrigan |
| 800 N Church St. | Howard & Howard |
| PO Box 589 | 211 Fulton Street, Suite 600 |
| Rockford, IL  61105 | Peoria, IL  61602 |
| jkoch@hkrockford.com | mac@h2law.com |
| (815) 962-7071 | (309) 999-6308 |

*/s/ William J. Barrett*
Counsel to Community State Bank of Rock Falls
William J. Barrett
Barack Ferrazzano Kirschbaum
& Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
william.barrett@bfkn.com
(P)     (312) 629-5170
(F)     (312) 984-3150

1402424.v1