UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In re:                                    )   Case No. 17-80321
                                          )
David L Geerts and                        )   Chapter 11
Julie A. Norman-Geerts,                   )
         Debtors.                         )   Judge Lynch
                                          )
                                          )

## Order Combined with Notice of Confirmation

*Counsel for the proponent of the Plan is directed to serve this Order combined with notice of confirmation as provided in Fed. R. Bankr. Pro. 3020(c), and on the United States Trustee, and to file proof of service with the Clerk:*

An order confirming the Chapter 11 Plan of Reorganization was entered on March 28, 2018, in the above-captioned Chapter 11 bankruptcy case.

The Proponent of the Plan is directed to file by June 8, 2018 a written report of the status of initial payments required and made, separately stated for each class treated under the Plan.

A hearing to consider the status report and possible entry of final decree or order closing the case is set on June 27, 2018, at 9:30 a.m., in courtroom 3100 at the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois 61101.

A party-in-interest who wishes to receive a copy of the status report shall notify the Plan proponent, who shall provide a copy if requested.

ENTER:

_____
United States Bankruptcy Judge

DATE: 3/28/2018