# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 17-80321 |
| David L. Geerts and ) | Chapter 11 |
| Julie A. Norman –Geerts, ) | Honorable Thomas M. Lynch |
| Debtors. ) | |

### FIRST AND FINAL FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MURPHY DESMOND S.C.

The Official Committee of Unsecured Creditors (the "**Committee**") of David L. Geerts and Julie A. Norman-Geerts (the "**Debtors**"), by and through its counsel, Murphy Desmond S.C. ("**MDSC**") pursuant to section 1103 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. and Rules 2002 and 2016 of the Federal Rules of Bankruptcy Procedure, submits this First and Final Fee Application for Compensation and Reimbursement of Expense of Murphy Desmond S.C. (the "**Application**") covering the period of April 7, 2017 to and including June 25, 2018.

This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. Venue for this Chapter 11 case and the Application is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The Application constitutes a core proceeding pursuant to 28 U.S.C. § 157(b).

On February 17, 2017, the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United State Bankruptcy Court for the Northern District of Illinois, Western Division (the "**Court**"), thereby commencing this Chapter 11 case (the "**Case**"). On March 17, 2017, the Office of the United States Trustee ("**USTO**") filed a notice of appointment of the Committee as an official committee to represent the interests of

unsecured creditors of the Debtors pursuant to section 1102 of the Bankruptcy Code.[1]  On April 7, 2017, the Committee interviewed attorneys from three law firms interested in serving as counsel for the Committee in the Case, and on April 7, 2017, the Committee selected MDSC to serve as its counsel in the Case.  On behalf of the Committee, MDSC filed an application to employ MDSC as Committee counsel and the Court approved MDSC's employment on April 27, 2017, to be effective April 7, 2017.

During the Case, MDSC worked on behalf of the Committee with Debtor's counsel, the USTO and counsel for Community State Bank of Rock Falls (the "**Bank**") to draft a confirmable chapter 11 plan and to maximize the recovery to unsecured creditors.  Ultimately, the plan called for the liquidation of almost all of the Debtors' real estate and farming equipment[2].  Though the secured debt far exceeded the value of the real estate and farming equipment, the Bank offered a significant carve-out for administrative and unsecured claims to facilitate the resolution of the Case.  Additionally, the plan called for the Debtors to pay over their disposable monthly income.

## PRINCIPAL ACTIVITIES

MDSC identified ten principal activity categories in the Case.  They are listed below, along with the matter number[3], total time spent and compensation requested.

| Activity | Matter Number | Time Spent | Compensation Sought |
| --- | --- | --- | --- |
| Asset Disposition | 170609 | 4.50 | $1,291.50 |
| Farming Operations | 170610 | 5.30 | $1,458.00 |
| Case Administration | 170611 | 10.65 | $3,335.75 |
| Employment & Fee Application | 170614 | 13.45 | $3,739.75 |
| Employment & Fee App. Objections | 170615 | 4.80 | $1,285.00 |
| Meetings & | 170616 | 17.05 | $4,583.25 |

---

[1] On March 28, 2017, the USTO filed a notice of amended appointment of the Committee, with a reconstituted Committee.
[2] Certain equipment was surrendered to the secured creditor holding a perfected lien.
[3] Used for billing purposes.

| **Activity** | **Matter Number** | **Time Spent** | **Compensation Sought** |
|---|---|---|---|
| Communications with Creditors | | | |
| Plan & Disclosure Statement | 170617 | 36.50 | $10,565.75 |
| Relief from Stay & Adequate Protection | 170620 | 14.75 | $4,259.75 |
| Tax Issues | 170621 | 0.40 | $106.00 |
| Non-working travel | 170622 | 0.85 | $225.25 |
| **TOTAL** | | **108.25** | **$30,850.00** |

A more detailed description of the principal activities, including a description of the various tasks performed is below, along with charts identifying which professional performed services within the category, the time spent by each professional and the corresponding compensation sought.

1)   *Asset Disposition*

This category includes issues related to the disposition of Debtors' equipment and real estate. In this Case, MDSC reviewed the list of equipment to be sold at auction and compared said listed-equipment to that disclosed in Debtor's schedule A to understand and advise Committee of what equipment was to be sold (inasmuch as the description of equipment was not uniform across the filings in this Case). MDSC conferred with Debtors' counsel and the Bank's counsel regarding the reserve price at auction for the real estate; scheduling the auction; and removing certain property (specifically, the developmental lots) from auction to maximize sale price. MDSC consulted with Debtors' counsel and the Bank's counsel at the time of the real estate auction to discuss the dismal results and how to move forward with sales of the real estate. MDSC attended[4] multiple hearings on Debtors' motions to sell property and reviewed the Court's order approving the sales.

---

[4] Unless otherwise noted, MDSC's appearance at hearings was telephonic.

Below is a chart detailing the name, title, hours billed and compensation requested for each person that performed work in this category:

| Name | Title | Hours Billed | Amount Billed |
|---|---|---|---|
| Jane F. (Ginger) Zimmerman | Shareholder | 0.75 | $296.25 |
| Brian P. Thill | Shareholder | 0.10 | $28.00 |
| Nicole I. Pellerin | Associate | 3.65 | $967.25 |

2) *Farming Operations*

This category includes issues related to the Debtors' farming-related operation in chapter 11. In this Case, the Debtors leased farmland to generate revenue. MDSC reviewed the motions to lease farmland filed by Debtors' counsel; reviewed both the original and revised leases (revisions were needed to address the inconsistencies within the documents); and reviewed the Bank's limited objection to the lease motion. MDSC advised Debtors' counsel of the Committee's concerns with the leases; appeared at two hearings (original and adjourned); and reviewed the order approving the leases entered by the Court.

Below is a chart detailing the name, title, hours billed and compensation requested for each person that performed work in this category:

| Name | Title | Hours Billed | Amount Billed |
|---|---|---|---|
| Jane F. (Ginger) Zimmerman | Shareholder | 0.40 | $158.00 |
| Brian P. Thill | Shareholder | 0.10 | $28.00 |
| Nicole I. Pellerin | Associate | 4.80 | $1,272.00 |

3) *Case Administration*

This category includes coordination and compliance activities not specifically covered by another category. In this Case, MDSC reviewed the docket and listened to first Section 341 meeting upon its selection by Committee to act as counsel; worked with the Committee to establish communication practices and voting procedures; communicated with

Debtors' counsel and the USTO regarding the general status of the case and moving it forward; held interoffice discussions related to the Committee's goals and strategy in the case and dealing with the delays in this Case.

Below is a chart detailing the name, title, hours billed and compensation requested for each person that performed work in this category:

| Name | Title | Hours Billed | Amount Billed |
|---|---|---|---|
| Jane F. (Ginger) Zimmerman | Shareholder | 3.95 | $1,560.25 |
| Brian P. Thill | Shareholder | 0.00 | $0.00 |
| Nicole I. Pellerin | Associate | 6.70 | $1,775.50 |

4) *Employment and Fee Applications*

The activities in this category include preparation of employment and fee applications for MDSC, including reviewing the conflicts report and disclosing all connections. MDSC prepared the employment applications for itself, and in connection therewith, the affidavit of Attorney Zimmerman and the verified statement of the Committee chair. MDSC corresponded with the USTO regarding its retainer agreement and local rules and appeared at the hearing on MDSC's application. MDSC also prepared the instant fee application which involved reviewing and revising the billing statements to comply with bankruptcy code and rules and to protect attorney-client privilege, reviewing the local rules and drafting the application.

Below is a chart detailing the name, title, hours billed and compensation requested for each person that performed work in this category:

| Name | Title | Hours Billed | Amount Billed |
|---|---|---|---|
| Jane F. (Ginger) Zimmerman | Shareholder | 1.35 | $533.25 |
| Brian P. Thill | Shareholder | 0.00 | 0.00 |
| Nicole I. Pellerin | Associate | 12.10 | $3,206.50 |

MDSC spent a total of 5.60 hours in preparing the fee application, including periodic reviews and revisions of the billing statements discussed above. This equates to $1,484.00 of compensation requested with respect to the fee application.

5) *Employment and Fee Application Objections*

This category includes reviewing and objecting to the employment and fee applications of others. In this Case, MDSC reviewed the original and amended motions to employ Ken Duncan as real estate broker as well as the original and supplemental affidavit of Ken Duncan. MDSC communicated with the USTO about its concerns about the employment of Ken Duncan and advised Debtors' counsel of Ken Duncan's incomplete disclosure of his pre-petition connection with the Debtors. Further, MSDC attended two hearings on the matter (the first was adjourned). MDSC also reviewed the application to employ Ken Duncan as auctioneer, consulted with the USTO and attended the hearing on the same.

Below is a chart detailing the name, title, hours billed and compensation requested for each person that performed work in this category:

| Name | Title | Hours Billed | Amount Billed |
|---|---|---|---|
| Jane F. (Ginger) Zimmerman | Shareholder | 0.10 | $39.50 |
| Brian P. Thill | Shareholder | 0.00 | 0.00 |
| Nicole I. Pellerin | Associate | 4.70 | $1,245.50 |

6) *Meetings & Communications with Creditors*

This category includes the preparation for and attendance at the adjourned section 341(a) meeting and any other communication with creditors and the Committees. In this Case, MDSC regularly communicated with the Committee by providing weekly email summaries and bi-weekly conference calls (as the forward movement in this case decreased

and hearings were routinely adjourned, the frequency of the summaries and conference calls decreased). In its communications with the Committee, MDSC provided: general status updates; explanations of the various Motions for Relief from Stay (specifically, providing information to assist the Committee in deciding whether to object); explanations of various motions filed by the Debtors and the effect on the Case and timeline; explanations of the outcome of the various hearings held in this case, including advising the Committee of the adjournments and the delays in this Case. Finally, MDSC conferred with the Committee about any objections or other filings to be made on behalf of the Committee.

Below is a chart detailing the name, title, hours billed and compensation requested for each person that performed work in this category:

| Name | Title | Hours Billed | Amount Billed |
|---|---|---|---|
| Jane F. (Ginger) Zimmerman | Shareholder | 0.50 | $197.50 |
| Brian P. Thill | Shareholder | 0.00 | 0.00 |
| Nicole I. Pellerin | Associate | 16.55 | $4,385.75 |

       7)    *Plan & Disclosure Statement*

This category includes the formulation, review and approval/confirmation of the disclosure statement and plan. In this Case, MDSC reviewed each iteration of the Debtors' disclosure statement and plan (there were four), including conferring with Debtor, Bank's attorney and USTO to finalize and draft a confirmable plan. MDSC also negotiated to extend the time the Debtors will contribute their disposable monthly income, increasing the same from 36 to 60 months. MDSC consulted with the USTO regarding the deficiencies with the liquidation analysis and the Committee's issues with the disclosure statement in general. MDSC filed an objection to the disclosure statement on behalf of the Committee and attended the hearing on the same. MDSC conferred with Debtors' counsel and the

USTO to resolve a number of the issues raised in the objections to the disclosure statement. MDSC reviewed objections filed by the USTO in this Case related to the disclosure statement and plan. MDSC objected to the Debtors' motion to extend the exclusivity period and attended the hearing on the same. MDSC objected to Debtors' motion to combine confirmation hearing and approval of disclosure statement, attended a hearing on the same, and conferred with Debtors' counsel, Bank's counsel, USTO and Kenneth Schipper's counsel to discuss case status and planning in preparation for said hearing.

Below is a chart detailing the name, title, hours billed and compensation requested for each person that performed work in this category:

| Name | Title | Hours Billed | Amount Billed |
|---|---|---|---|
| Jane F. (Ginger) Zimmerman | Shareholder | 6.75 | $2,666.25 |
| Brian P. Thill | Shareholder | 1.05 | $294.00 |
| Nicole I. Pellerin | Associate | 28.70 | $7,605.50 |

8) *Relief from Stay & Adequate Protection*

This category involves the various motions for relief from stay and for adequate protection filed by various secured creditors throughout this Case. In this Case, MDSC reviewed each of the motions filed in this matter, including reviewing the lien perfection documents, comparing the values of the equipment disclosed by the Debtors and claimed by the secured creditor, determining whether it made sense for the Committee to object and advising the Committee of the same. MDSC regularly communicated with Debtors' counsel regarding the status of pending motions, offered to assist Debtors in resolving the motions, and reviewed any stipulation or agreed order reached between the Debtors and the secured creditor, making revisions as appropriate. MDSC appeared at numerous hearings (original and adjourned) on these motions.

Below is a chart detailing the name, title, hours billed and compensation requested for each person that performed work in this category:

| Name | Title | Hours Billed | Amount Billed |
| --- | --- | --- | --- |
| Jane F. (Ginger) Zimmerman | Shareholder | 2.55 | $1,007.25 |
| Brian P. Thill | Shareholder | 1.30 | $364.00 |
| Nicole I. Pellerin | Associate | 10.90 | $2,888.50 |

9) *Tax Issues*

This category involved research regarding the transfer tax imposed in Whiteside and Rock Island counties to understand the full cost of a real estate sale outside of a confirmed plan.

Below is a chart detailing the name, title, hours billed and compensation requested for each person that performed work in this category:

| Name | Title | Hours Billed | Amount Billed |
| --- | --- | --- | --- |
| Jane F. (Ginger) Zimmerman | Shareholder | 0.00 | 0.00 |
| Brian P. Thill | Shareholder | 0.00 | 0.00 |
| Nicole I. Pellerin | Associate | 0.40 | $106.00 |

10) *Non-Working Travel*

This category involved travel time to attend a hearing and the adjourned section 341(a) meeting held on May 10, 2017.

Below is a chart detailing the name, title, hours billed and compensation requested for each person that performed work in this category:

| Name | Title | Hours Billed | Amount Billed |
| --- | --- | --- | --- |
| Jane F. (Ginger) Zimmerman | Shareholder | 0.00 | 0.00 |
| Brian P. Thill | Shareholder | 0.00 | 0.00 |
| Nicole I. Pellerin | Associate | 0.85 | $225.25 |

## RATE, HOUR AND FEE OF EACH PROFESSIONAL

Below is a chart detailing the compensation requested for each professional, including the name, position, hourly billing rate, and hours expended in the entire matter.

| Professional | Position | Billing Rate | Hours | Fees Billed |
|---|---|---|---|---|
| Jane F. (Ginger) Zimmerman | Shareholder | $395 | 16.35 | $6,458.25 |
| Brian P. Thill | Shareholder | $280 | 2.55 | $714.00 |
| Nicole I. Pellerin | Associate | $265 | 89.35 | $23,677.75 |

## STATEMENT REGARDING PREVIOUS COMPENSATION AWARDED

There have been no previous applications for compensation filed in this matter by MDSC.

## EXPENSES

MDSC requests reimbursement of $901.63 for out-of-pocket expenses incurred on behalf of the Committee during the Case. Of the expenses incurred, $38.31 represents the mileage of Nicole I. Pellerin to travel to Rockford, Illinois[5]; $25.32 represents telephone charges for conference calls with the Committee; and the balance, or $838.00, represents the fees charged by Court Call to participate via telephone in hearings held in this matter.

| Expense | Amount |
|---|---|
| Mileage | $38.31 |
| Premier Global Services (conference calls with Committee) | $25.32 |
| Court Call | $838.00 |

All of the expenses incurred were reasonable and necessary.

---

[5] As provided in MDSC employment application, though Attorney Pellerin is located in Madison, Wisconsin, the mileage to Rockford, Illinois was calculated from MDSC's Janesville, Wisconsin location.

**STATEMENT OF FEES REQUESTED TO BE PAID AND SOURCE OF PAYMENT**

MSDC seeks to have the requested fees of $30,850.00 and requested expenses of $901.63 allowed and paid. MDSC expects the fees and expenses to be paid from the funds earmarked in the Debtor's confirmed chapter 11 plan to pay administrative expenses.

**DETAILED STATEMENT OF SERVICES**

Chronological billing statements for each of the project categories listed above for which MDSC billed fees or incurred expenses from April 7, 2017 to June 25, 2018 are attached hereto as Exhibits 1A-1J.

**WHEREFORE**, MDSC respectfully requests this Court:

1) Allow $30,850.00 in compensation earned by MDSC during the Case;

2) Allow $901.63 of expenses incurred by MDSC during the Case; and

3) Authorize and direct payment to MDSC of the amounts due and owing of $31,751.63 pursuant to the terms of the confirmed chapter 11 plan.

Dated this 27th day of June, 2018.

       **MURPHY DESMOND S.C.**
       Attorneys for Official Committee of
       Unsecured Creditors

       By: /s/ Nicole I. Pellerin
          Jane F. (Ginger) Zimmerman
          State Bar No. 1012103
          Nicole I. Pellerin
          State Bar No. 1078892
          33 East Main Street Suite 500
          P.O. Box 2038
          Madison, WI 53701-2038
          (608) 257-7181

4828-2651-2747, v. 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 17-80321 |
| David L. Geerts and ) | Chapter 11 |
| Julie A. Norman –Geerts, ) | Honorable Thomas M. Lynch |
| Debtors. ) | |

**NOTICE OF MOTION AND HEARING ON FIRST AND FINAL APPLICATION
FOR AWARD OF PROFESSIONAL COMPENSATION AND EXPENSES**

TO:   See attached service list.

Murphy Desmond S.C. has filed papers with the Court to seek an Award of Professional Compensation and Expenses in the amount of $30,850.00 for services rendered and expenses incurred in the amount of $901.63 as counsel for the Official Committee of Unsecured Creditors, from April 7, 2017 to and including June 25, 2018. If you would like a copy of the First and Final Application for Award of Professional Compensation and Expenses of Murphy Desmond S.C., you may obtain the same from the Court, or by contacting the undersigned at npellerin@muprhydesmond.com.

A hearing on the Application has been scheduled for **Wednesday, July 25, 2018 at 10:30 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Rockford, Illinois 61101.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the Application, you or your attorney must file a written response to the Application by July 23, 2018 to:

Clerk of Court
United States Bankruptcy Court
Stanley J. Roszkowski - U.S. Courthouse
327 South Church Street
Rockford, IL 61101

If you mail your Objection to the Court for filing. you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy of your Objection to:

Attorney Nicole I. Pellerin
Murphy Desmond S.C.
P.O. Box 2038
Madison, WI 53701-2038

- 2 -

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an Order granting that relief.

**MURPHY DESMOND S.C.**
Attorneys for Official Committee of
Unsecured Creditors


By: /s/ Nicole I. Pellerin
    Jane F. (Ginger) Zimmerman
    State Bar No. 1012103
    Nicole I. Pellerin
    State Bar No. 1078892
    33 East Main Street Suite 500
    P.O. Box 2038
    Madison, WI 53701-2038
    (608) 257-7181

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 17-80321 |
| David L. Geerts and ) | Chapter 11 |
| Julie A. Norman –Geerts, ) | Honorable Thomas M. Lynch |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

STATE OF WISCONSIN    )
                      ) ss.
COUNTY OF DANE        )

The undersigned, being first duly sworn, states that a copy of the foregoing Notice of Motion and Hearing and First and Final Application for Award of Professional Compensation and Expenses were served upon the parties and attorneys of record herein, by either the Court's ECF Notification System or by depositing said envelope, with postage fully prepaid by first class mail, in the United States Post Office mailbox in Madison, Wisconsin on the 27th day of June, 2018:

David L. Geerts
7225 Cordova Road
Erie, IL 61250-9747

Julie A. Norman-Geerts
7225 Cordova Road
Erie, IL 61250-9747

Attorney Bradley T. Koch
HolmstromKennedyPC
800 North Church Street
P.O. Box 589
Rockford, IL 61105-0589

Attorney Debra Schneider
Office of the U.S. Trustee, Region 11
780 Regent St. Suite 304
Madison, WI 53715-2635

Attorney William J. Barrett
Barack Ferrazzano Kirschbaum &
Nagelberg
200 West Madison Street Suite 3900
Chicago, IL 60606-3465

With a copy of the NOTICE ONLY forwarded to the below named individuals.

Attorney W. Kent Carter
Gordon Rees Scully Mansukhani, LLP
One North Franklin Suite 800
Chicago, IL 60606

Attorney Mary A. Corrigan
Howard & Howard Attorneys PLLC
211 Fulton Street Suite 600
Peoria, IL 61602-1350

Attorney Jeffrey D. Richardson
Farm Credit Services of America
132 S. Water St Suite 444
Decatur IL 62523-1094

Attorney Douglas R. Lindstrom, Jr.
Lane & Waterman LLP
220 N. Main Street Suite 600
Davenport, IA 52801

Attorney Gary E. Green
Clark Hill PLC
130 E. Randolph Street Suite 3900
Chicago, IL 60601-6317

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Chadwick Oil & AG Services, Inc.
Kay Spidahl
P.O. Box 205
Chadwick, IL 61014-0205

Chase Slate
P.O. Box 15298
Wilmington, DE 19850-5298

CNH Industrial Capital America LLC
P.O. Box 3600
Lancaster, PA 17604-3600

CNH Productivity Plus Account
P.O. Box 78004
Phoenix, AZ 85062-8004

Community State Bank
1325 17th Street
Fulton, IL 61252-2013

David Conner
6605 N. Smith Road
Edwards, IL 61528-9631

Consolidated Grain and Barge Co.
928 Walton Road
Dixon IL 61021-8346

Eastern Iowa Petro
4540 Lincolnway Street
Clinton, IA 52732-9666

Gurstel Law Firm, P.C.
4401 Weston Parkway Suite 370
West Des Moines, IA 50266-6721

IH Mississippi Valley Credit Union
2121 47th Street
Moline IL 61265-3663

Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

John Deere Financial
Attn: Jerry McMains
P.O. Box 6600
Johnston IA 50131-6600

Ken & Mike Rentals
118 E. Main Street
Morrison, IL 61270-2638

Ken Kophamer/Blean Realty
118 E. Main Street
Morrison, IL 61270-2638

Merchants Bank Equipment Finance
7600 Parklawn Avenue Suite 384
Minneapolis MN 55435-5139

Midwestern BioAg, Inc.
Stacy Welford
918 Deming Way Suite 200
Madison, WI 53717-1993

PHI Financial Services
P.O. Box 733260
Dallas, TX 75373-3260

QC Dental Docs, P.C.
3024 Victoria Street
Bettendorf, IA 52722-2793

Kenneth Schipper
19223 266th Street
Cordova, IL 61242

Sheffield Financial
P.O. Box 580229
Charlotte, NC 28258-0229

Soil Service
P.O. Box 403
91 South Adams
Carthage, IL 62321-1433

Southeast National Bank Visa
P.O. Box 790408
Saint Louis, MO 63179-0408

Department of Defense
US Army Corps of Engineers
Clock Tower Building
P.O. Box 2004
Rock Island IL 61204-2004

US Department of Agriculture
Whiteside Co Farm Service Agency
16255 Liberty St
Morrison IL 61270-9654

_____
Scott R. Shank

Subscribed and sworn to before me this
27th day of June, 2018.

_____
Notary Public, State of Wisconsin
My Commission: 4-4-2022

4823-7144-0492, v. 1