## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **DAVID L. GEERTS and** | ) | Case No. 17-80321 |
| **JULIE A. NORMAN-GEERTS** | ) | |
| | ) | |
| Reorganized Debtors. | ) | Judge Thomas M. Lynch |

## FINAL REPORT OF SALE OF REAL ESTATE

David L. Geerts and Julie A. Norman-Geerts, Reorganized Debtors, by their attorneys, HolmstromKennedyPC, for their Final Report of Sale of Real Estate, state:

1.      On or about April 13, 2018, the Reorganized Debtors closed the sale of certain real estate commonly described as the Schipper Farm to Ceres Farms Cropland Holdings, LLC, which sale can be summarized as follows:

Gross Sales Proceeds - $930,811.40

Less Costs and Expenses of Sale - $25,448.08

Net Sales Proceeds paid to Community State Bank ("Bank") - $905,363.32

A true and correct copy of the Closing Statement for the sale of the Schipper Farm by the Reorganized Debtors to Ceres Farms Cropland Holdings, LLC is attached hereto and hereby incorporated by reference as Exhibit A.

2.      On or about April 13, 2018, the Reorganized Debtors closed the sale of certain real estate commonly described as Parcel 5 of the Home Farm to Jave Farms, LLC, which sale can be summarized as follows:

Gross Sales Proceeds - $651,219.00

Less Costs and Expenses of Sale - $14,544.57

Net Sales Proceeds paid to Bank - $636,674.43

A true and correct copy of the Closing Statement for the sale of Parcel 5 of the Home Farm by the Reorganized Debtors to Jave Farms, LLC is attached hereto and hereby incorporated by reference as Exhibit B.

3.      On or about April 13, 2018, the Reorganized Debtors closed the sale of certain real estate commonly described as the Brummel Farm to Larry G. McCormick Living Trust and Mary R. McCormick Living Trust (collectively "McCormick"), which sale can be summarized as follows:

Gross Sales Proceeds - $820,417.50

Less Costs and Expenses of Sale - $21,296.15

Net Sales Proceeds paid to Bank - $799,121.35

A true and correct copy of the Closing Statement for the sale of the Brummel Farm by the Reorganized Debtors to McCormick is attached hereto and hereby incorporated by reference as Exhibit C.

4.      On or about May 7, 2018, the Reorganized Debtors closed the sale of certain real estate commonly described as Parcel 6 of the Home Farm to Randy Dornbush, which sale can be summarized as follows:

Gross Sales Proceeds - $515,000.00

Less Costs and Expenses of Sale - $11,836.98

2

Net Sales Proceeds paid to Bank - $503,163.02

A true and correct copy of the Closing Statement for the sale of Parcel 6 of the Home Farm by the Reorganized Debtors to Randy Dornbush is attached hereto and hereby incorporated by reference as Exhibit D.

5.      On or about September 17, 2018, the Reorganized Debtors closed the sale of certain real property commonly described as 7225 Cordova Road, Erie, Illinois 61250 ("Cordova Road") to the Bank which purchased the Cordova Road property for the sum of $45,000.00 by a credit bid. A true and correct copy of the Closing Statement relating to the purchase of the Cordova Road property by the Bank from the Reorganized Debtors is attached hereto and hereby incorporated by reference as Exhibit E.

6.      On or about September 17, 2018, the Reorganized Debtors closed the sale of certain real property commonly described as the Development Lots to the Bank which purchased the Development Lots for the sum of $50,000.00 by a credit bid. A true and correct copy of the Closing Statement relating to the purchase of the Development Lots by the Bank from the Reorganized Debtors is attached hereto and hereby incorporated by reference as Exhibit F.

7.      On or about September 17, 2018, the Reorganized Debtors closed the sale of certain real property commonly described as Parcel 9 of the Home Farm to the Bank which purchased Parcel 9 of the Home Farm for the sum of $33,600.00 by a credit bid. A true and correct copy of the Closing Statement relating to the purchase of Parcel 9 of the Home Farm by the Bank from the Reorganized Debtors is attached hereto and hereby incorporated by reference as Exhibit G.

3

8.    The total amount paid to or received by the Bank from the sale of the Schipper Farm, Parcel 5 of the Home Farm, Brummel Farm, Parcel 6 of the Home Farm, Cordova Road, Development Lots, and Parcel 9 of the Home Farm was $2,972,922.12.


Dated: November 12, 2018

David L. Geerts and Julie A. Norman-Geerts,
Reorganized Debtors

HolmstromKennedyPC,
Their attorneys

By:_____
      One of its attorneys


BRADLEY T. KOCH #3122997
JOCELYN L. KOCH #6298482
HolmstromKennedyPC
800 N. Church St.
Rockford, IL 61103
(815) 962-7071
bkoch@hkrockford.com
jkoch@hkrockford.com

# SELLER'S STATEMENT

Date: April 13, 2018

GFNo: 180560

**Sale From:** David L. Geerts and Julie A. Norman-Geerts
18222 Frog Pond Road
Fulton, IL 61252

**To:** Ceres Farms Cropland Holdings LLC
1251 North Eddy Street
Suite 200
South Bend, IN 46617

**Property:** Lot 302 Sheet 13 SUPVR ASST MAP
266th Street North
Cordova, IL 61242

Lot 301 Sheet 13 SUPVR ASST MAP
IL

Lot 102 Sheet 13 SUPVR ASST MAP
IL

| | | |
|---|---|---|
| Sales Price | | $930,811.40 |
| Reimbursements/Credits | | |
| Total Reimbursements/Credits | | $0.00 |
| Gross Amount Due to Seller | | $930,811.40 |

**Less: Charges and Deductions**

| | | |
|---|---|---|
| Title Fees to H. B. Wilkinson Title Company, Inc. | | $3,062.00 |
| Basic Owners | $1,987.00 | |
| Search/Exam | $550.00 | |
| Later Date Fee | $275.00 | |
| Escrow Closing Fee | $250.00 | |
| Fees Due Title Underwriter to Chicago Title Insurance Company | | $53.00 |
| Seller CPL | $50.00 | |
| IL DFI $3.00 Policy Fee | $3.00 | |
| Additional Closing Costs | | $923,320.02 |
| Real Estate Commission to Ken Duncan Realty | $16,289.20 | |
| Auction Expenses to Ken Duncan Realty | $1,667.50 | |
| Net Proceeds to Community State Bank of Rock Falls | $905,363.32 | |
| 2017 Tax Proration (Pin #0314300002) | From 1/1/2017 thru 12/31/2017 | $1,351.54 |
| 2017 Tax Proration (Pin #0314300001) | From 1/1/2017 thru 12/31/2017 | $1,458.64 |
| 2017 Tax Proration (Pin #0314100002) | From 1/1/2017 thru 12/31/2017 | $1,191.12 |
| 2017 Tax Proration (Pin #0315200004) | From 1/1/2017 thru 12/31/2017 | $375.08 |

| | |
|---|---|
| Total Charges and Deductions | $930,811.40 |
| Net Amount Due by Seller | $0.00 |

Seller understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The lender involved may be furnished a copy of this statement.

Seller understands that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for the current year, and in the event of any change for current year, all necessary adjustments must be made between Purchaser and Seller direct.

The undersigned hereby authorizes H.B. Wilkinson Title Company, Inc. to make expenditure and disbursements as shown above and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement

Printed at: 04/12/2018

**EXHIBIT**

tables

A

*Compliments of* **H.B. Wilkinson Title Company, Inc.**

**GFNo: 180560**

Page 2

H.B. Wilkinson Title Company, Inc.

By _____
Angie Bruggenwirth

_____
David L. Geerts

_____
Julie A. Norman-Geerts

# SELLER'S STATEMENT

Date:  April 13, 2018                                                                                         GFNo: 180547

**Sale From:**    David L. Geerts and Julie A. Norman-Geerts    **To:**  Jave Farms, LLC
18222 Frog Pond Road                                            6149 Hazel Road
Fulton, IL  61252                                               Fulton, IL  61252

**Property:**    PT N 76A NW S01 T21N R03E
Frog Pond Road
Fulton, IL  61252

Sales Price.................................................................................................................................................$651,219.00
Reimbursements/Credits

Total Reimbursements/Credits...............................................................................$0.00
Gross Amount Due to Seller ............................................................................$651,219.00

Less: Charges and Deductions
Title Fees to H. B. Wilkinson Title Company, Inc.................................................................$1,683.40
  Basic Owners ...................................................................................$1,233.40
  Search/Exam ...................................................................................$300.00
  Later Date Fee .................................................................................$150.00
Fees Due Title Underwriter ................................................................................................$53.00
  Seller CPL ......................................................................................$50.00
  IL DFI $3.00 Policy Fee .......................................................................$3.00
Additional Closing Costs ...................................................................................................$648,070.76
  Real Estate Commission to Duncan Land & Auction ..........................................$11,396.33
  Net Proceeds to Community State Bank of Rock Falls .........................................$636,674.43
2017 Tax Proration ..............................................From 1/1/2017 thru 12/31/2017 ................$1,411.84

Total Charges and Deductions.......................................................................$651,219.00
Net Amount Due by Seller..................................................................................$0.00

Seller understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof.  The lender involved may be furnished a copy of this statement.

Seller understands that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for the current year, and in the event of any change for current year, all necessary adjustments must be made between Purchaser and Seller direct.

The undersigned hereby authorizes H.B. Wilkinson Title Company, Inc.to make expenditure and disbursements as shown above and approves same for payment.  The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement

```
┌─────────────────────────┐
│      EXHIBIT            │
│                        │
│  tabbies   B _____    │
└─────────────────────────┘
```

Printed at: 04/13/2018 (09:03 am)                    *Compliments of* **H.B. Wilkinson Title Company, Inc.**

**GFNo: 180547**                                                                    Page 2

H.B. Wilkinson Title Company, Inc.

By _____

Angie Bruggenwirth

_____

David L. Geerts

_____

Julie A. Norman-Geerts

# SELLER'S STATEMENT

**Date:** April 13, 2018

**GFNo:** 180554

**Sale From:** David L. Geerts and Julie A. Norman-Geerts
18222 Frog Pond Road
Fulton, IL 61252

**To:** Larry G. McCormick Living Trust
29545 Penrose Road
Sterling, IL 61081

Mary R. McCormick Living Trust
29545 Penrose Road
Sterling, IL 61081

**Property:** NW NW S07 T21N R04E
NA
Erie, IL 61250

NE NW S07 T21N R04E
IL

PT NW NE W of Creek S07 T21N R04E
IL

PT E 1/2 SE W of RR S07 T21N R04E
IL

PT W 1/2 SE SE S06 T21N R06E
IL

SW SE S06 T21N R04E
IL

SE SW S06 T21N R04E
IL

| | |
|---|---:|
| **Sales Price** | **$820,417.50** |
| **Reimbursements/Credits** | |
| Total Reimbursements/Credits | $0.00 |
| **Gross Amount Due to Seller** | **$820,417.50** |

**Less: Charges and Deductions**

| | | |
|---|---:|---:|
| Title Fees to H. B. Wilkinson Title Company, Inc. | | $2,281.50 |
| Basic Owners | $1,231.50 | |
| Search/Exam | $700.00 | |
| Later Date Fee | $350.00 | |
| Fees Due Title Underwriter to Chicago Title Insurance Company | | $53.00 |
| Seller CPL | $50.00 | |
| IL DFI $3.00 Policy Fee | $3.00 | |
| Additional Closing Costs | | $813,478.66 |
| Real Estate Commission to Ken Duncan Realty | $14,357.31 | |
| Net Proceeds to Community State Bank of Rock Falls | $799,121.35 | |
| 2017 Tax Proration (08-07-100-002) | From 1/1/2017 thru 12/31/2017 | $267.19 |
| 2017 Tax Proration (08-07-100-003) | From 1/1/2017 thru 12/31/2017 | $953.26 |
| 2017 Tax Proration (08-07-200-015) | From 1/1/2017 thru 12/31/2017 | $332.57 |
| 2017 Tax Proration (08-07-200-017) | From 1/1/2017 thru 12/31/2017 | $847.47 |

Printed at: 04/12/2018

**EXHIBIT**

tabbies®

**C**

*Compliments of* **H.B. Wilkinson Title Company, Inc.**

**GFNo: 180554**                                                    Page 2

| | | |
|---|---|---|
| 2017 Tax Proration (08-06-400-008) | From 1/1/2017 thru 12/31/2017 | $384.30 |
| 2017 Tax Proration (08-06-400-003) | From 1/1/2017 thru 12/31/2017 | $894.94 |
| 2017 Tax Proration (08-06-300-004) | From 1/1/2017 thru 12/31/2017 | $924.61 |

|  | |
|---|---|
| **Total Charges and Deductions** | **$820,417.50** |
| **Net Amount Due by Seller** | **$0.00** |

Seller understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The lender involved may be furnished a copy of this statement.

Seller understands that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for the current year, and in the event of any change for current year, all necessary adjustments must be made between Purchaser and Seller direct.

The undersigned hereby authorizes H.B. Wilkinson Title Company, Inc. to make expenditure and disbursements as shown above and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement

H.B. Wilkinson Title Company, Inc.

By _____                    _____
Angie Bruggenwirth                              David L. Geerts

                                               _____
                                               Julie A. Norman-Geerts

*Compliments of* **H.B. Wilkinson Title Company, Inc.**

# SELLER'S STATEMENT

**Date:** May 7, 2018

GFNo: 180657

| | | | |
|---|---|---|---|
| **Sale From:** | David L. Geerts and Julie A. Norman-Geerts<br>18222 Frog Pond Road<br>Fulton, IL 61252 | **To:** | Randy Dornbush<br>11155 Albany Road<br>Erie, IL 61250 |
| **Property:** | S 1/2 SW S36 T22N R03E<br>18222 Frog Pond Road<br>Fulton, IL 61252 | | |
| | SW SE E of Flood Dist Boundary S36 T22N R03E<br>IL | | |
| | SW SE, W of Flood Dist S36 T22N R03E<br>IL | | |
| | PT N 1/2 SW S36 T22N R03E<br>IL | | |

| | |
|---|---|
| Sales Price | $515,000.00 |
| Reimbursements/Credits | |
| **Total Reimbursements/Credits** | **$0.00** |
| **Gross Amount Due to Seller** | **$515,000.00** |

**Less: Charges and Deductions**

| | | |
|---|---|---|
| Title Fees to H. B. Wilkinson Title Company, Inc. | | $1,435.00 |
| Basic Owners | $985.00 | |
| Search/Exam | $300.00 | |
| Later Date Fee | $150.00 | |
| Fees Due Title Underwriter to Chicago Title Insurance Company | | $53.00 |
| Seller CPL | $50.00 | |
| IL DFI $3.00 Policy Fee | $3.00 | |
| Additional Closing Costs | | $512,175.52 |
| Real Estate Commission to Duncan Land & Auction | $9,012.50 | |
| Net Proceeds to Community State Bank of Rock Falls | $503,163.02 | |
| 2017 Tax Proration (01-36-300-007) | From 1/1/2017 thru 12/31/2017 | $664.82 |
| 2017 Tax Proration (01-36-400-003) | From 1/1/2017 thru 12/31/2017 | $339.92 |
| 2017 Tax Proration (01-36-400-002) | From 1/1/2017 thru 12/31/2017 | $21.22 |
| 2017 Tax Proration (01-36-300-013) | From 1/1/2017 thru 12/31/2017 | $310.52 |
| **Total Charges and Deductions** | | **$515,000.00** |
| **Net Amount Due by Seller** | | **$0.00** |

Seller understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The lender involved may be furnished a copy of this statement.

Seller understands that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for the current year, and in the event of any change for current year, all necessary adjustments must be made between Purchaser and Seller direct.

The undersigned hereby authorizes H.B. Wilkinson Title Company, Inc. to make expenditure and disbursements as shown above and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement

Printed at: 05/07/2018

**EXHIBIT**

D

*Compliments of* **H.B. Wilkinson Title Company, Inc.**

**GFNo: 180657**

H.B. Wilkinson Title Company, Inc.

Page 2

By _____
Tawnya Carroll

_____
David L. Geerts

_____
Julie A. Norman-Geerts

# SELLER'S STATEMENT

Date: September 17, 2018

GFNo: 181514

Sale From:   David L. Geerts and Julie A. Norman-Geerts        To:  Community State Bank of Rock Falls
18222 Frog Pond Road                                                    1801 1st Avenue
Fulton, IL 61252                                                        Rock Falls, IL 61071

Property:   PT W 1/2  S01 T19N R03E
7225 Cordova Road
Erie, IL 61250

| | |
|---|---:|
| Sales Price | $45,000.00 |
| Reimbursements/Credits | |
| Total Reimbursements/Credits | $0.00 |
| Gross Amount Due to Seller | $45,000.00 |
| **Less: Charges and Deductions** | |
| Net Proceeds to Community State Bank | $45,000.00 |
| Total Charges and Deductions | $45,000.00 |
| Net Amount Due by Seller | $0.00 |

Seller understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The lender involved may be furnished a copy of this statement.

Seller understands that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for the current year, and in the event of any change for current year, all necessary adjustments must be made between Purchaser and Seller direct.

The undersigned hereby authorizes H.B. Wilkinson Title Company, Inc. to make expenditure and disbursements as shown above and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement

H.B. Wilkinson Title Company, Inc.

By _____          _____
   Angie Bruggenwirth                            David L. Geerts

                                            _____
                                            Julie A. Norman-Geerts

**EXHIBIT**

E

Printed at: 09/14/2018 (03:16 pm)          *Compliments of* **H.B. Wilkinson Title Company, Inc.**

## SELLER'S STATEMENT

Date: September 17, 2018                                                              GFNo: 181516

**Sale From:** David L. Geerts and Julie A. Norman-Geerts    **To:** Community State Bank of Rock Falls
18222 Frog Pond Road                            1801 1st Avenue
Fulton, IL 61252                                  Rock Falls, IL 61071

**Property:** PT Lots 1, 2, 3  S27 T22N R03E
16th Avenue
Fulton, IL 61252

PT Lots 2 and 3, S27 T22N R03E
IL

PT Lots 1, 2, and 3,  S27 T22N R03E
IL

PT Lot 1 S 1/2 SW S27 T22N R03E
IL

APPROX 144 X 301 of Lot 1 S34 and S27 T22N R03E
IL

| | |
|---|---:|
| Sales Price | $50,000.00 |
| Reimbursements/Credits | |
| Total Reimbursements/Credits | $0.00 |
| Gross Amount Due to Seller | $50,000.00 |
| | |
| **Less: Charges and Deductions** | |
| Net Proceeds to Community State Bank | $50,000.00 |
| Total Charges and Deductions | $50,000.00 |
| Net Amount Due by Seller | $0.00 |

Seller understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The lender involved may be furnished a copy of this statement.

Seller understands that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for the current year, and in the event of any change for current year, all necessary adjustments must be made between Purchaser and Seller direct.

The undersigned hereby authorizes H.B. Wilkinson Title Company, Inc.to make expenditure and disbursements as shown above and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement



EXHIBIT

F

Printed at: 09/14/2018 (03:13 pm)                  *Compliments of* **H.B. Wilkinson Title Company, Inc.**

GFNo: 181516                                                      Page 2

H.B. Wilkinson Title Company, Inc.

By _____                    _____
Angie Bruggenwirth                                David L. Geerts

                                                  _____
                                                  Julie A. Norman-Geerts

# SELLER'S STATEMENT

Date: September 17, 2018

GFNo: 181517

**Sale From:** David L. Geerts and Julie A. Norman-Geerts
18222 Frog Pond Road
Fulton, IL 61252

**To:** Community State Bank of Rock Falls
1801 1st Avenue
Rock Falls, IL 61071

**Property:** PT NE CORNER SE S01 T21N R03E
Fulton, IL 61252

| | |
|---|---:|
| Sales Price | $33,600.00 |
| Reimbursements/Credits | |
| Total Reimbursements/Credits | $0.00 |
| Gross Amount Due to Seller | $33,600.00 |
| **Less: Charges and Deductions** | |
| Net Proceeds to Community State Bank | $33,600.00 |
| Total Charges and Deductions | $33,600.00 |
| Net Amount Due by Seller | $0.00 |

Seller understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The lender involved may be furnished a copy of this statement.

Seller understands that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for the current year, and in the event of any change for current year, all necessary adjustments must be made between Purchaser and Seller direct.

The undersigned hereby authorizes H.B. Wilkinson Title Company, Inc. to make expenditure and disbursements as shown above and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement.

H.B. Wilkinson Title Company, Inc.

By _____
Angie Bruggenwith

_____
David L. Geerts

_____
Julie A. Norman-Geerts

**EXHIBIT**

tabbies

G

Printed at: 09/14/2018 (03:15 pm)

*Compliments of* **H.B. Wilkinson Title Company, Inc.**